**SEDGWICK LLP**
Maria Louise Cousineau
(Nevada Bar No.: 002876)
*maria.cousineau@sedgwicklaw.com*
Joshua S. Davis
(*Pro Hac Vice*)
joshua.davis@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone:    213.426.6900
Facsimile:     213.426.6921

**KOLESAR & LEATHAM**
Alan J. Lefebvre
(Nevada Bar No. 000848)
*alefebvre@klnevada.com*
William D. Schuller
(Nevada Bar No. 011271)
*wschuller@klnevada.com*
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:    (702) 362-7800
Facsimile:     (702) 362-9472

Attorneys for Defendant CENTURY SURETY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANA ANDREW, as Legal Guardian of RYAN T. PRETNER, and RYAN PRETNER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY, a foreign corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:12-cv-00978-GMN-PAL<br>Hon. Gloria M. Navarro<br>(Magistrate Judge Hon. Peggy A. Leen)<br><br>**ORDER GRANTING CENTURY SURETY COMPANY'S EX PARTE APPLICATION FOR LEAVE TO FILE A SURREPLY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THE COMPLAINT** |

For good cause shown, IT IS ORDERED that the Court grants Defendant CENTURY SURETY COMPANY's ("Century") Ex Parte Application for leave to file a surreply in support of its Opposition to Plaintiffs Dana Andrew's and Ryan Pretner's Motion to Amend Complaint.

**DATED** this 8th day of January, 2013.

_____
Gloria M. Navarro
United States District Judge