**SEDGWICK LLP**
Maria Louise Cousineau
 (Nevada Bar No.: 002876)
*maria.cousineau@sedgwicklaw.com*
Joshua S. Davis
(*Pro Hac Vice*)
joshua.davis@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:    213.426.6900
Facsimile:    213.426.6921

**KOLESAR & LEATHAM**
Alan J. Lefebvre
(Nevada Bar No. 000848)
*alefebvre@klnevada.com*
William D. Schuller
(Nevada Bar No. 011271)
*wschuller@klnevada.com*
400 South Rampart Boulevard, Suite 400
Las Vegas, NV  89145
Telephone:    (702) 362-7800
Facsimile:    (702) 362-9472

Attorneys for Defendant CENTURY SURETY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANA ANDREW, as Legal Guardian of RYAN T. PRETNER, and RYAN PRETNER, individually,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY SURETY COMPANY, a foreign corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:12-cv-00978-APG-PAL<br>Hon. Andrew P. Gordon<br>(Magistrate Judge Hon. Peggy A. Leen)<br><br>**JOINT STATUS REPORT RE DISCOVERY DISPUTE** |

Pursuant to Judge Leen's April 30, 2013 Order, Plaintiffs Dana Andrew, as Legal Guardian of Ryan T. Pretner, and Ryan Pretner, individually, (Plaintiffs) and Defendant Century

1

LA/2233279v1

Surety Company submit the following Joint Status Report regarding the pending discovery dispute:

On May 14, 2013, Century Surety served (by mail and electronically) its Further Amended Response to Request for Production of Documents, a copy of which is attached as Exhibit 1 to this Joint Status Report. The following documents were produced with the Further Response:

Exhibit 1:	*Century Surety's Guide to Claim Best Practices*,

Exhibit 2:	*Meadowbrook Insurance Group's Claim Department Operating Guidelines*.

Exhibit 3:	The reinsurance agreements applicable to the underlying claim

Exhibit 4:	Those portions of Ms. Henderson's personnel file which relate to her training, experience, and evaluations that touch upon her claims handling capabilities from the period of 2008 forward.

Exhibit 5:	Those portions of Mr. Holland's personnel file which relate to his training, experience, and evaluations that touch upon his claims handling capabilities from the period of 2008 forward.

Century Surety had no communications with any Reinsurer regarding the underlying claim prior to the date this lawsuit was filed and therefore produced no documents in response to Request No 10 (as modified by the Court.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LA/2233279v1

1  Century Surety believes there are no remaining issues relating to Plaintiffs motion to Compel and therefore requests the Court vacate the scheduled further hearing date of May 21, 2013.

DATED:  May 16, 2013

**SEDGWICK LLP**

By: /s/Maria Louise Cousineau
 Maria Louise Cousineau
 Nevada Bar No. 2876
 801 S. Figueroa Street, 19th Floor
 Los Angeles, CA  90017-5556

- and –

**KOLESAR & LEATHAM**
Alan J. Lefebvre
(Nevada Bar No. 0848)
William D. Schuller
(Nevada Bar No. 011271)
400 South Rampart Boulevard, Suite 400
Las Vegas, NV  89145

Attorneys for Defendant
CENTURY SURETY COMPANY

DATED:  May 16, 2013        **PRINCE & KEATON**

By: /s/Dennis M. Prince
 Dennis M. Prince
 (Nevada Bar No. 5092)
 3230 South Buffalo Drive, Suite 108
 Las Vegas, Nevada  89117

**IT IS ORDERED** that the hearing scheduled for May 21, 2013, at 9:30 a.m. is VACATED, as the parties have advised the court that a hearing is no longer required.

Dated this 20th day of May, 2013.

_____
Peggy A. Leen
United States Magistrate Judge

3

LA/2233279v1