**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Andrew et al., | Case No. 2:12-cv-00978-APG-PAL |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT** |
| Century Surety Co., | |
| Defendant. | |

On January 30, 2013, Dana Andrew and Ryan Pretner ("Plaintiffs") filed their Motion for Leave to File Supplemental Reply in Support of Motion for Summary Judgment ("Motion"). (ECF#59). On February 13, 2013, Century Surety Company ("Defendant") filed its Response to Plaintiffs' Motion for Leave to File Supplemental Reply Brief in Support of Motion for Summary Judgment ("Response"). (ECF#61). On February 20, 2013, Plaintiffs filed their Reply in Support of Motion for Leave to File Supplemental Brief in Support of Motion for Summary Judgment ("Reply"). (ECF#62).

Through their Motion, Plaintiffs ask that the Court accept a six-page supplemental brief in support of their Motion for Summary Judgment (ECF#60). (Motion at 4-5). The supplemental brief also includes three exhibits marked 33, 24, and 35 ("Exhibits"). (ECF#60). The Court grants the Motion.

Through its Response, Defendant asks that the Court deny the Motion, or in the alternative, grant Defendant leave to file a surreply responding to the supplemental brief. (Reponse at 2). The Court denies Defendant's request to file a surreply.

For good cause showing, Plaintiffs' Motion for Leave to File Supplemental Reply in Support of Motion for Summary Judgment, ECF#59, is **GRANTED**.

It is also ordered that Defendant's Alternative Motion to File a Surreply Within Fourteen Days of the Filing of this Court's Order, ECF#61, is **DENIED**.

DATED this 27th day of September, 2013.

                ANDREW P. GORDON
                UNITED STATES DISTRICT JUDGE