1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Andrew et al., | Case No. 2:12-cv-00978-APG-PAL |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT** |
| Century Surety Co., | |
| Defendant. | |

14  On January 30, 2013, Dana Andrew and Ryan Pretner ("Plaintiffs") filed their Motion for
15 Leave to File Supplemental Reply in Support of Motion for Summary Judgment ("Motion").
16 (ECF#59). On February 13, 2013, Century Surety Company ("Defendant") filed its Response to
17 Plaintiffs' Motion for Leave to File Supplemental Reply Brief in Support of Motion for Summary
18 Judgment ("Response"). (ECF#61). On February 20, 2013, Plaintiffs filed their Reply in Support
19 of Motion for Leave to File Supplemental Brief in Support of Motion for Summary Judgment
20 ("Reply"). (ECF#62).

21  Through their Motion, Plaintiffs ask that the Court accept a six-page supplemental brief in
22 support of their Motion for Summary Judgment (ECF#60). (Motion at 4-5). The supplemental
23 brief also includes three exhibits marked 33, 24, and 35 ("Exhibits"). (ECF#60). The Court
24 grants the Motion.

25  Through its Response, Defendant asks that the Court deny the Motion, or in the
26 alternative, grant Defendant leave to file a surreply responding to the supplemental brief.
27 (Reponse at 2). The Court denies Defendant's request to file a surreply.

28

For good cause showing, Plaintiffs' Motion for Leave to File Supplemental Reply in Support of Motion for Summary Judgment, ECF#59, is **GRANTED**.

It is also ordered that Defendant's Alternative Motion to File a Surreply Within Fourteen Days of the Filing of this Court's Order, ECF#61, is **DENIED**.

DATED this 27th day of September, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE