**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Andrew et al., | Case No. 2:12-cv-00978-APG-PAL |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND THE PAGE LIMIT FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| Century Surety Co., | |
| Defendant. | |

On January 2, 2013, Dana Andrew and Ryan Pretner ("Plaintiffs") filed their Motion to Extend the Page Limit for Plaintiffs' Reply in Support of Motion for Summary Judgment ("Motion"). (ECF#48). On January 3, 2013, Century Surety Company ("Defendant") filed its Opposition to Plaintiffs' Motion to File a 30-Page Reply Brief in Support of Plaintiffs' Motion for Summary Judgment; In the Alternative Request for Leave to File a Surreply ("Response"). (ECF#50). On January 11, 2013, Plaintiffs filed their Reply in Support of Motion to Extend Page Limit for Plaintiffs' Reply in Support of Motion for Summary Judgment ) ("Reply"). (ECF#58). The parties have made specific, and unsurprisingly, competing requests of the Court.

Plaintiffs ask the court to strike Defendant's "Appendix 'A'" to Defendant's Response in Opposition to Plaintiffs' Motion for Summary Judgment (ECF#22). (Motion at 2-3). The Court denies that request. Plaintiffs also ask the Court to allow Plaintiffs to "submit a Reply brief consisting of up to thirty (30) pages." (*Id*. at 3). On January 2, 2013, Plaintiff actually filed a forty-one page reply brief, together with newly filed Exhibits 28,29,30,31, and 32 ("Exhibits"); collectively, the submission is 597 pages in length. (ECF#49). The Court grants Plaintiffs'

request to extend the page limit, including the additional pages beyond the original thirty page request.

Defendant asks that the court strike the following items from Plaintiffs' reply brief (ECF#22): (1) the arguments contained on pages 23-28 (Response at 2), (2) the arguments contained on pages 2-5 (*id.*), and (3) each of the newly filed Exhibits (*id.* at 2-3). The Court denies each of those requests. Alternatively, Defendant requests that the court grant Defendant the right to file a surreply within fourteen days of the filing of the Court's order on the Instant Motion. However, Plaintiffs ask in their Reply that the Court deny Defendant the right to file a sur-reply to Plaintiff's 41-page Reply and 556-page exhibit submission. (Reply at 12). The Court agrees, and denies Defendant's request to file a sur-reply.

For good cause showing, Plaintiffs' Motion to Extend the Page Limit for Plaintiffs' Reply in Support of Motion for Summary Judgment, ECF#48, is **GRANTED**.

It is also ordered that Defendant's Alternative Motion to File a Sur-reply Within Fourteen Days of the Filing of this Court's Order, ECF#50, is **DENIED**.

It is further ordered that all other requests contained in ECF##48, 50, and 58, are **DENIED.**

DATED this 27th day of September, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE