UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANA ANDREW, as Legal Guardian of RYAN T. PRETNER, and RYAN PRETNER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY, a foreign corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-00978-APG-PAL<br><br>**ORDER DENYING:**<br>**(1) DEFENDANT'S WRITTEN OBJECTION/MOTION TO STRIKE PLAINTIFFS' EVIDENCE (#104-1),** and<br>**(2) MOTION TO EXTEND PAGE LIMIT (Dkt. #109)** |

On August 14, 2013, Defendant Century Surety Co. ("Defendant") filed a document entitled Written Objections/Motion to Strike Plaintiffs' Evidence Filed in Opposition to Century's Counter Motion for Summary Judgment or in the Alternative Motion for Partial Summary Judgment ("Objection"). (ECF#104-1). This Objection/Motion was improperly filed as an attachment to Defendant's Reply in support of its Counter Motion for Summary Judgment. On September 3, 2013, Plaintiffs Dana Andrew and Ryan Pretner ("Plaintiffs") filed a Motion to Extend the Page Limit of Plaintiffs' Opposition to Defendant Century Surety Company's Written Objections/Motion to Strike Plaintiffs' Evidence Filed in Opposition to Century's Counter Motion for Summary Judgment or in the Alternative Motion for Partial Summary Judgment ("Motion to Extend"). (ECF#109). On September 19, 2013, Defendant filed a Reply to Plaintiffs' Opposition to Motion to Strike Plaintiffs' Evidence Filed in Support of Their Opposition to Motion for Summary Judgment. (ECF#114). Again, Defendant improperly attached to that Reply a document entitled Written Objections to Supplemental Affidavit of Eric

1

Tran Filed in Support of Plaintiffs' Opposition to Century's Written Objections/Motion to Strike Evidence in Support of Century's Motion for Summary Judgment. (ECF#114-1).

At issue are two exhibits that Plaintiffs filed in support of their Response in Opposition to Defendant's Motion for Summary Judgment (ECF#93): Exhibit 37 (the Affidavit of Bernard Feldman), and Exhibit 38 (the Declaration of Eric Tran). Mr. Feldman's Affidavit features expert opinion about, among other things, the adequacy of Defendant's investigation into whether Michael Vasquez was driving in the scope of his employment with Blue Streak Auto Detailing. Eric Tran's Declaration purports to authenticate Exhibit 38 as a print-out of a website for Blue Streak Auto Detailing, LLC. Because the Court has not relied on those exhibits in deciding that summary judgment is not appropriately granted in favor of either party, the Court overrules Defendant's Objections. Accordingly, Plaintiffs Motion to Extend is denied as moot.

It is hereby ordered that Defendant's Written Objections/Motion to Strike Plaintiffs' Evidence Filed in Opposition to Century's Counter Motion for Summary Judgment or in the Alternative Motion for Partial Summary Judgment (ECF#104-1) is **OVERRULED**.

It is further ordered that Defendant's Written Objections to Supplemental Affidavit of Eric Tran Filed in Support of Plaintiffs' Opposition to Century's Written Objections/Motion to Strike Evidence in Support of Century's Motion for Summary Judgement (ECF#114-1) is **OVERRULED**.

It is further ordered that Plaintiffs' Motion to Extend the Page Limit of Plaintiffs' Opposition to Defendant Century Surety Company's Written Objections/Motion to Strike Plaintiffs' Evidence Filed in Opposition to Century's Counter Motion for Summary Judgment or in the Alternative Motion for Partial Summary Judgment (ECF#109) is **DENIED**.

DATED this 10th day of October, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE