# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANA ANDREW, et al., | ) | |
| Plaintiffs, | ) | Case No. 2:12-cv-00978-APG-PAL |
| vs. | ) | **ORDER** |
| CENTURY SURETY COMPANY, | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last Discovery Plan and Scheduling Order (Dkt. #13) filed August 3, 2012, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than February 11, 2013. Defendants filed a Motion for Summary Judgment (Dkt. #14) September 25, 2012, and a Counter Motion for Summary Judgment (Dkt. #73) May 13, 2013, which the District Judge denied without prejudice in an Order (Dkt. #123) entered October 10, 2013. The parties were required to file a joint pretrial order within 30 days after a decision of the summary judgment motions. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., December 9, 2013.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

///
///

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 25th day of November, 2013.

_____
Peggy A. Leen
United States Magistrate Judge