# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANA ANDREW, as Legal Guardian of RYAN T. PRETNER, and RYAN PRETNER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY, a foreign corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-00978-APG-PAL<br><br>**Order Denying Plaintiffs' Motion for Reconsideration** |

Plaintiffs have moved for reconsideration (Dkt. #176) of my April 29, 2014 Order (Dkt. #168) that partially granted the parties' earlier respective motions for reconsideration. I have reviewed the points and authorities supporting Plaintiffs' motion. The motion lacks merit, and no response is required from Defendant.

**Accordingly,** Plaintiffs' Motion for Reconsideration (Dkt. #176) is **DENIED**.

DATED this 4th day of August, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE