**COZEN O'CONNOR**
Maria Louise Cousineau (SBN # 002876)
*maria.cousineau@cozen.com*
601 S. Figueroa Street, Suite 3700
Los Angeles, CA  90017
Telephone: (213) 892-7900
Facsimile:  (213) 892-7999

**KOLESAR & LEATHAM**
Alan J. Lefebvre (SBN 000848)
*alefebvre@klnevada.com*
William D. Schuller (SBN 011271)
*wschuller@klnevada.com*
400 South Rampart Boulevard, Suite 400
Las Vegas, NV  89145
Telephone: (702) 362-7800
Facsimile:  (702) 362-9472

Attorneys for Defendant
CENTURY SURETY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANA ANDREW, as Legal Guardian of RYAN T. PRETNER, and RYAN T. PRETNER, individually,<br><br>       Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY, a foreign corporation; DOES I through X, inclusive,<br><br>       Defendants. | Case No.: 2:12-cv-000978<br><br>**STIPULATED PROPOSED BRIEFING SCHEDULE**<br><br>**O R D E R** |

      Pursuant to this Court's September 30, 2014 Order [ECF # 189] the parties met and conferred and have agreed to the following briefing schedule for their respective motions for summary judgment:

| | |
|---|---|
| Motions for Summary Judgment to be filed no later than: | **November 10, 2014** |
| Oppositions to be filed no later than: | **December 15, 2014** |
| Replies to Oppositions to be filed no later than: | **January 16, 2015** |

LEGAL\20981605\1

After the motions are fully briefed, the parties request the Court set a hearing date on the cross motions.

The parties respectfully request the court approve the above briefing schedule for the cross motions.

Dated this 7th day of October, 2014

PRINCE & KEATING

  /s/ Eric N. Tran
DENNIS M. PRINCE
Nevada Bar No. 5092
ERIC N. TRAN
Nevada Bar No. 11876
3230 South Buffalo Drive, Suite 108
Las Vegas, NV  89117

Attorneys for Plaintiffs
DANA ANDREW, as Legal Guardian of
RYAN T. PRETNER, and RYAN T.
PRETNER, individually

Dated this 7th day of October, 2014

COZEN O'CONNOR

   /s/ Maria Louise Cousineau
MARIA LOUISE COUSINEAU
Nevada Bar No. 002876
601 South Figueroa Street, 37th Floor
Los Angeles, CA  90017

Attorneys for Defendant
CENTURY SURETY COMPANY

### ORDER

THE COURT APPROVES THE PARTIES' PROPOSED BRIEFING SCHEDULE.

Dated: October 8, 2014.

_____
UNITED STATES DISTRICT JUDGE

2

LEGAL\20981605\1