UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANA ANDREW, as legal guardian on behalf of Ryan T. Pretner, and RYAN T. PRETNER,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY,<br><br>Defendant. | Case No. 2:12-cv-00978-APG-PAL<br><br>**ORDER SETTING DEADLINE FOR JOINT PRETRIAL ORDER** |

In my September 28, 2015 Order, I directed the parties to file a proposed joint pretrial order. (Dkt. #210 at 26.) The parties have not yet done so.

IT IS THEREFORE ORDERED that the parties shall file their proposed joint pretrial order by January 8, 2016.

DATED this 25th day of November, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE