DENNIS M. PRINCE (State Bar No. 5092)
TRACY A. EGLET (State Bar No. 6419)
EGLET PRINCE
400 South Seventh Street, #400
Las Vegas, Nevada 89101
dprince@egletlaw.com
teglet@egletlaw.com
(702)450-5400 telephone
(702)450-5451 facsimile

Attorneys for Plaintiffs
Dana Andrew as Legal Guardian of
Ryan T. Pretner, and Ryan T. Pretner

MARIA LOUISE COUSINEAU (State Bar No. 2876)
COZEN O'CONNOR
601 South Figueroa Street
Suite 3700
Los Angeles, CA 90017
mcousineau@cozen.com
(213)892-7900 telephone
(213)892-7999 facsimile

Attorneys for Defendant
Century Surety Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANA ANDREW, as Legal Guardian of RYAN T. PRETNER, and RYAN T. PRETNER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY, a foreign corporation; DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00978-APG-PAL<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**ORDER** |

The parties in this case STIPULATE AND REQUEST that the deadline to file a Joint Pre-Trial Order, currently due on January 8, 2016, be extended 60 days to allow the parties to pursue mediation.

LEGAL\25322780\1

Specifically, on November 25, 2015 this Court ordered the parties to file a proposed Joint Pre-Trial Oder (ECF 212). While the parties have been working on their respective drafts, the parties recently agreed to attempt to resolve the case through mediation. While the parties have narrowed the list of prospective mediators, they have not yet agreed on the mediator. However, counsel have been seeking the availability from the mediators on their respective lists to assist in the process of elimination. While the parties are planning to schedule something immediately, it is likely the case will not be mediated for at least six weeks.

The parties request the additional time as the time required to finalize, combine, and file the Joint Pre Trial Order will be costly to the clients and therefore counterproductive to the parties' resolution attempts.

For all these reasons, the parties respectfully request the Court continue the deadline for filing the Joint Pre-Trial Order for 60 days until **March 9, 2016**.

Dated this 4th day of January, 2016.

| EGLET PRINCE | COZEN O'CONNOR |
|---|---|
| /s/ Dennis M. Prince<br>DENNIS M. PRINCE<br>Nevada Bar No. 5092<br>TRACY A. EGLET<br>Nevada Bar No. 6419<br>400 South Seventh Street, #400<br>Las Vegas, NV 89101<br>Attorneys for Plaintiffs | /s/ Maria Louise Cousineau<br>MARIA LOUISE COUSINEAU<br>Nevada Bar No. 002876<br>601 South Figueroa Street<br>Suite 3700<br>Los Angeles, CA 90017<br>Attorney for Defendant<br>Century Surety Company |

**ORDER**

IT IS SO ORDERED. The parties shall file their Joint Pre-Trial Order by **March 9, 2016**.

Dated: January 6, 2016.

_____
UNITED STATES DISTRICT JUDGE