DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
ERICA D. ENTSMINGER, ESQ.
Nevada Bar No. 7432
**EGLET PRINCE**
400 South Seventh Street, #400
Las Vegas, Nevada 89101
*eservice@egletlaw.com*
 (702) 450-5400 phone
(702) 450-5451 facsimile

Attorneys for Plaintiffs
*Dana Andrew as Legal Guardian of
Ryan T. Pretner and Ryan T. Pretner*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANA ANDREW, as Legal Guardian of RYAN T. PRETNER, and RYAN T. PRETNER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTURY SURETY COMPANY, a foreign corporation; MEADOWBROOK INSURANCE GROUP, a foreign corporation; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-00978-APG-PAL<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING TIME TO FILE JOINT PRETRIAL ORDER [SECOND REQUEST]** |

The parties in this case STIPULATE AND REQUEST that the deadline to file a Joint Pre-Trial Order, currently due on March 9, 2016, be extended to accommodate a mediation scheduled in this matter.

/ / /

1

On November 25, 2015 this Court ordered the parties to file a proposed Joint Pre-Trial Order (DKT #212). The parties recently agreed to attempt to resolve the case through mediation, and the mediation has now been scheduled for July 11, 2016. The parties therefore request additional time to file the Joint Pre-Trial Order because efforts to finalize, combine, and file the Joint Pre-Trial Order will be costly to the clients and therefore counterproductive to the parties' resolution attempts.

In the event the parties do not resolve this matter, the parties will file the Joint Pre Trial Order within 45 days following the July 11, 2016 mediation. For all of these reasons, the parties respectfully request the Court continue the deadline for filing the Joint Pre-Trial Order until August 26, 2016.

| DATED this 9th day of March, 2016 | DATED this 9th day of March, 2016. |
|---|---|
| **EGLET PRINCE** | **COZEN & O'CONNOR** |
| /s/ Dennis M. Prince, Esq. | /s/ Maria Cousineau, Esq. |
| DENNIS M. PRINCE, ESQ. | MARIA LOUISE COUSINEAU, ESQ. |
| Nevada Bar No. 5092 | Nevada Bar No. 002876 |
| TRACY A. EGLET, ESQ. | 601 South Figueroa Street, 37th Floor |
| Nevada Bar No. 6419 | Los Angeles California 90017 |
| ERICA D. ENTSMINGER, ESQ. | Attorneys for Defendant |
| Nevada Bar No. 7432 | *Century Surety Company* |
| 400 South Seventh Street, #400 | |

## ORDER

IT IS SO ORDERED. The parties shall file their Joint Pre-Trial Order by August 26, 2016.

Dated this __9th__ day of March, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTDRICT COURT JUDGE