**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DANA ANDREW, as legal guardian on behalf of Ryan T. Pretner, and RYAN T. PRETNER, <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br>CENTURY SURETY COMPANY, <br><br>　　　　　　　Defendant. | Case No. 2:12-cv-00978-APG-PAL <br><br>**ORDER STAYING CASE** |

　　　　On June 14, 2016, I ordered the parties to file a joint or separate briefs about whether this case should be stayed pending an answer from the Supreme Court of Nevada on the certified question in *Nalder v. United Automobile Ins. Co.*, Ninth Cir. Case No. 13-17441. ECF No. 223. The parties submitted separate briefs despite the fact that both parties agree that this case should be stayed. ECF Nos. 223, 224.[1]  Regardless, both parties agree that staying this case would conserve the resources of the court and the parties.  I will stay this case.  The parties are free to continue their settlement discussions and resolve this matter.

　　　　IT IS THEREFORE ORDERED that this case is stayed pending an answer from the Supreme Court of Nevada on the certified question in *Nalder*.  The parties shall notify the court within 10 days of the Supreme Court issuing its decision.

　　　　DATED this 1st day of July, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] I do not understand why the parties could not file a joint brief, or why Century Surety Company felt the need to file an 11 page brief to say "yes."