ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: alefebvre@klnevada.com
wschuller@klnevada.com

Former Attorneys for Defendant
CENTURY SURETY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANA ANDREW, as Legal Guardian of RYAN T. PRETNER, and RYAN T. PRETNER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTURY SURETY COMPANY, a foreign corporation; DOES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00978-APG-PAL<br><br>***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Alan J. Lefebvre, Esq., and William D. Schuller, Esq., of Kolesar & Leatham, bring this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List in the above-referenced matter.

Kolesar & Leatham represented Defendant Century Surety Company, in this matter. On August 8, 2016, this Court entered an Order approving the Substitution of Martin J. Kravitz, Esq., of Christian, Kravits, Dichter, Johnson & Sluga, LLC, and James Ric Gass, Esq., and Michael B. Brennan, Esq. of Gass Weber Mullins LLC, in the place and stead of Alan J. Lefebvre and William D. Schuller of Kolesar & Leatham [Docket #238]. It is no longer necessary that Kolesar & Leatham receive CM/ECF notice.

2199464 (8433-1)                                    Page 1 of 2

Therefore, Kolesar & Leatham requests that it be removed from the CM/ECF service list.

DATED this 30 day of August, 2016.

KOLESAR & LEATHAM

By _____
ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Former Attorneys for Defendant
CENTURY SURETY COMPANY

## ORDER

IT IS SO ORDERED.

DATED this 1st day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

KOLESAR & LEATHAM

By _____
ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Former Attorneys for Defendant
CENTURY SURETY COMPANY

---

*Dana Andrew, et al. v. Century Surety Company, et al.*/2:12-cv-00978-APG-PAL
*Ex Parte* Motion to Remove Counsel From CM/ECF Service List

2199464 (8433-1)                                Page 2 of 2