UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANA ANDREW, as legal guardian on behalf of Ryan T. Pretner, and RYAN T. PRETNER,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY,<br><br>Defendant. | Case No. 2:12-cv-00978-APG-PAL<br><br>**ORDER TEMPORARILY STAYING REPLY DEADLINE**<br><br>(ECF No. 253) |

I recently certified a question to the Supreme Court of Nevada in this case. ECF No. 252. In light of that development, defendant Century Surety Company seeks a stay of the case pending a decision by the Supreme Court of Nevada. ECF No. 253. I will extend defendant Century's deadline to file its reply brief to the motion to reconsider until five days after I rule on the pending motion to stay. The motion to stay shall be briefed in the ordinary course.

IT IS THEREFORE ORDERED that defendant Century Surety Company's deadline to file a reply to its motion to reconsider is due five days after I rule on Century's motion to stay.

IT IS FURTHER ORDERED that the briefing on the motion to stay shall proceed in the ordinary course.

DATED this 17th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE