# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANA ANDREW, as legal guardian on behalf of Ryan T. Pretner, and RYAN T. PRETNER,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY,<br><br>Defendant. | Case No. 2:12-cv-00978-APG-PAL<br><br>**ORDER STAYING CASE** |

In light of the parties' agreement that this case be stayed pending an answer to the question certified to the Supreme Court of Nevada,

IT IS ORDERED that defendant Century Surety Company's motion to stay proceedings **(ECF No. 253) is GRANTED**.

IT IS FURTHER ORDERED that this action is **STAYED** pending an answer from the Supreme Court of Nevada on the certified question.

IT IS FURTHER ORDERED that defendant Century Surety Company's motion for reconsideration **(ECF No. 218) is DENIED** without prejudice to re-file once the stay is lifted.

DATED this 28th day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE