Maria Louise Cousineau, Esq.
Nevada Bar No. 2876
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: (213) 892-7900
Facsimile: (213) 892-7999
maria.cousineau@cozen.com

Martin J. Kravitz, Esq.
Nevada Bar No. 83
CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Telephone: (702) 362-6666
Facsimile: (702) 992-1000
mkravitz@ksjattorneys.com

James Ric Gass, Esq., Admitted pro hac vice
Michael B. Brennan, Esq., Admitted pro hac vice
GASS WEBER MULLINS LLC
241 North Broadway, Suite 300
Milwaukee, Wisconsin 53202
Tel: 414-223-3300
Fax: 414-224-6116
brennan@gwmlaw.com
gass@gwmlaw.com
Attorneys for Defendant,
CENTURY SURETY COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANA ANDREW, as Legal Guardian of RYAN T. PRETNER, and RYAN T. PRETNER, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY, a foreign corporation; DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-000978-APG-PAL<br><br>**MICHAEL B. BRENNAN'S MOTION TO WITHDRAW AS COUNSEL** |

PURSUANT TO LOCAL RULE IA 11-6, Michael B. Brennan, Esq., counsel for Defendant, CENTURY SURETY COMPANY, hereby moves this Honorable Court for an Order

1

permitting him to withdraw from this case based upon his appointment to the federal bench in Wisconsin. This case is stayed, and a certified question is pending before the Nevada Supreme Court. James "Ric" Gass, Esq. and local counsel, Martin J. Kravitz, Esq. will remain as counsel for Defendant in this action.

In accordance with Local Rule IA 11-6, opposing counsel and Defendant have been notified of Mr. Brennan's request to withdraw as counsel, as indicated on the accompanying Certificate of Service.

DATED this 8th day of May, 2018.

By: /s/ Michael B. Brennan
GASS WEBER MULLINS LLC
J. Ric Gass (admitted *pro hac vice*)
Michael B. Brennan (admitted *pro hac vice*)
241 North Broadway Avenue, Suite 300
Milwaukee, Wisconsin 53202
Tel: 414-223-3300
Fax: 414-224-6116
brennan@gwmlaw.com
gass@gwmlaw.com

Martin J. Kravitz, Esq.
Nevada Bar No. 83
CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Telephone: (702) 362-6666
Facsimile: (702) 992-1000
mkravitz@ksjattorneys.com

Attorneys for Plaintiff
CENTURY SURETY COMPANY

IT IS SO ORDERED.

DATED this __18__ day of May, 2018.

UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of May, 2018, I served the foregoing **MICHAEL B. BRENNAN'S MOTION TO WITHDRAW AS COUNSEL** as follows:

☒ US MAIL: by placing the document(s) listed above in a sealed envelope, postage prepaid, in the United States Mail at Las Vegas, Nevada, addressed to the following:

CENTURY SURETY COMPANY
550 Polaris Parkway Suite 300
Westerville, OH 43082

☒ BY ELECTRONIC SERVICE: by electronically serving the document(s) listed above with the United States District Court's CM/ECF upon the following:

Dennis M Prince
Eglet Prince
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
dprince@egletlaw.com
Attorneys for Plaintiffs
DANA ANDREW, as Legal Guardian of
RYAN T. PRETNER, and RYAN T. PRETNER, individually

Maria Louise Cousineau, Esq.
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: (213) 892-7900
Facsimile: (213) 892-7999
maria.cousineau@cozen.com
Attorneys for Defendant
CENTURY SURETY COMPANY

James Ric Gass, Esq., Admitted pro hac vice
Michael B. Brennan, Esq., Admitted pro hac vice
GASS WEBER MULLINS LLC
241 North Broadway Avenue, Suite 300
Milwaukee, Wisconsin 53202
Tel: 414-223-3300
Fax: 414-224-6116
brennan@gwmlaw.com
gass@gwmlaw.com
Attorneys for Defendant
CENTURY SURETY COMPANY

/s/ Cynthia Lowe
An employee of CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA