| | |
|---|---|
| 1 | DENNIS M. PRINCE, ESQ. |
| | Nevada Bar No. 5092 |
| 2 | **PRINCE LAW GROUP** |
| | 8816 Spanish Ridge Ave. |
| 3 | Las Vegas, Nevada 89148 |
| 4 | Tel.: 702-534-7600 |
| | Fax: 702-534-7601 |
| 5 | Email: dprince@thedplg.com |
| | Attorneys for Plaintiffs |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

DANA ANDREW, as Legal Guardian of ) 
RYAN T. PRETNER, and RYAN T. PRETNER, )
individually, ) CASE NO.: 2:12-cv-00978-APG-PAL
 )
          Plaintiffs, )
 )
vs. )
 )
CENTURY SURETY COMPANY, a foreign )
Corporation; MEADOWBROOK INSURANCE ) **STIPULATION AND ORDER**
GROUP, a foreign corporation; and DOES I through ) **TO EXTEND DEADLINE TO FILE**
X, inclusive, ) **MOTIONS FOR**
 ) **RECONSIDERATION**
          Defendants. )
_____ )

      IT IS HEREBY STIPULATED AND AGREED between Plaintiffs DANA ANDREW, as legal guardian on behalf of Ryan T. Pretner, and RYAN T. PRETNER, through their counsel of record, Dennis M. Prince, Esq. and Kevin T. Strong, Esq. of PRINCE LAW GROUP, and Defendant CENTURY SURETY COMPANY, through its counsel of record, Maria Louise Cousineau, Esq. of COZEN O'CONNOR; J. Ric Gass, Esq., David J. Turek, Esq., and Stephen T. Trigg, Esq. of GASS WEBER MULLINS LLC; and Martin J. Kravitz, Esq. of CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC, that the deadline for the parties to file their respective motions for reconsideration shall be continued from July 1, 2019 to July 17, 2019. The current deadline for the parties to file their respective motions for reconsideration is July 1, 2019, which the Court set in its May 31, 2019 Scheduling Order (ECF No. 280).

      The primary purpose for the parties' requested stipulation is that lead counsel for Plaintiffs, Dennis M. Prince, Esq., devoted substantial time and resources in June to establish his new law



practice. While Mr. Prince continues to transition several cases from his previous law office to his new law office, this process is nearly complete. Additionally, Kevin T. Strong, Esq., who is also counsel for Plaintiffs, took an extended period away from the office during June to celebrate his wedding, which took place on June 15, 2019 and honeymoon, which took place the week thereafter. Counsel for Defendant Century Surety Company has graciously agreed to a sixteen (16) day extension through and until July 17, 2019 for the parties to file their respective motions for reconsideration. This is the <u>first extension</u> requested in connection with the motions for reconsideration.

Considering these circumstances and pending the Court's approval, the parties respectfully request this Court to approve the foregoing stipulation.

| | |
|---|---|
| DATED this 28th day of June, 2019. | DATED this 28th day of June, 2019. |
| **PRINCE LAW GROUP** | **GASS WEBER MULLINS** |
| /s/ Dennis M. Prince | /s/ David J. Turek |
| DENNIS M. PRINCE, ESQ. | DAVID J. TUREK, ESQ. (*Pro Hac Vice*) |
| Nevada Bar No. 5092 | STEPHEN T. TRIGG, ESQ. (*Pro Hac Vice*) |
| 8816 Spanish Ridge Ave. | RIC GASS, ESQ. (*Pro Hac Vice*) |
| Las Vegas, NV 89148 | 241 North Broadway, Suite 300 |
| Attorneys for Plaintiffs | Milwaukee, WI 53202 |
| | |
| | **KRAVITZ, SCHNITZER & JOHNSON** |
| | MARTIN J. KRAVITZ, ESQ. |
| | Nevada Bar No. 0083 |
| | 8985 S. Eastern Ave., Suite 200 |
| | Las Vegas, NV 89123 |
| | |
| | **COZEN O'CONNOR** |
| | MARIA LOUISE COUSINEAU (*Pro Hac Vice*) |
| | 601 S. Figueroa Street, Suite 3700 |
| | Los Angeles, CA 90017 |
| | |
| | Attorneys for Defendant |

## ORDER

IT IS SO ORDERED.

Dated: July 8, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

