# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANA ANDREW, et al., | Case No.: 2:12-cv-00978-APG-BNW |
| Plaintiffs | **Order Denying Motions for Reconsideration as Moot** |
| v. | [ECF Nos. 285, 288] |
| CENTURY SURETY COMPANY, | |
| Defendant | |

In light of the parties' joint status report (ECF No. 300) advising the court that they have settled this matter,

IT IS ORDERED that the motions for reconsideration **(ECF Nos. 285, 288) are DENIED without prejudice as moot**.

DATED this 7th day of October, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE