DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel. 702.534.7600
Fax 702.534.7601
Attorneys for Plaintiffs
*Dana Andrew, as legal guardian of*
*Ryan T. Pretner, and Ryan T. Pretner*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANA ANDREW, as Legal Guardian of RYAN T. PRETNER, and RYAN T. PRETNER, individually<br><br>Plaintiffs,<br><br>vs.<br><br>CENTURY SURETY COMPANY, a foreign corporation; MEADOWBROOK INSURANCE GROUP, a foreign corporation; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00978-APG-PAL<br><br>**JOINT STATUS REPORT** |

Plaintiffs DANA ANDREW, as Legal Guardian of RYAN T. PRETNER and RYAN T. PRETNER, individually, by and through their attorneys of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendant CENTURY SURETY COMPANY, by and through its attorneys of record, J. Ric Gass, David J. Turek, and Stephen T. Trigg of GASS WEBER MULLINS LLC; Martin J. Kravitz of KRAVITZ, SCHNITZER, & JOHNSON; and Maria Louise Cousineau of COZEN O'CONNOR, hereby submit their Joint Status Report.

. . .

. . .

. . .

. . .



On October 2, 2019, the parties attended mediation before The Honorable Jennifer Togliatti and reached a settlement agreement. The parties will provide the Court with their Stipulation and Order for Dismissal once the appropriate releases and other settlement documentation is finalized.

| | |
|---|---|
| DATED this 3rd day of October, 2019.<br>**PRINCE LAW GROUP** | DATED this 3rd day of October, 2019.<br>**GASS WEBER MULLINS** |
| */s/ Dennis M. Prince*<br>DENNIS M. PRINCE<br>Nevada Bar No. 5092<br>KEVIN T. STRONG<br>Nevada Bar No. 12107<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>Attorneys for Plaintiffs<br>*Dana Andrew, as Legal Guardian Of Ryan T. Pretner and Ryan T. Pretner* | */s/ David J. Turek*<br>DAVID J. TUREK (*Pro Hac Vice*)<br>J. RIC GASS (*Pro Hac Vice*)<br>STEPHEN T. TRIGG (*Pro Hac Vice*)<br>241 North Broadway, Suite 300<br>Milwaukee, Wisconsin 53202<br><br>**KRAVITZ SCHNITZER & JOHNSON**<br><br>MARTIN J. KRAVITZ<br>Nevada Bar No. 0083<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br><br>**COZEN O'CONNOR**<br><br>MARIA L, COUSINEAU (*Pro Hac Vice*)<br>601 S. Figueroa Street, Suite 3700<br>Los Angeles, California 90017<br>Attorneys for Defendant<br>*Century Surety Company* |

**The parties are to file a stipulation to dismiss within 60 days.**

**IT IS SO ORDERED**

**DATED:  10/9/19**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

